# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

FREEDOM OF INFORMATION ACT APPEAL

OFFICE OF INFORMATION AND PRIVACY
U.S. Department of Justice
Flag Building, Suite 570
Washington D.C. 20530-0001


Dear Sir/Madam,

This is an appeal pursuant to the Freedom of Information Act, and the Privacy Act ("FOIA/PA") [see 5 U.S.C. §552 et seq, and §552a]; wherein the file(s) and/or documents from the Federal Bureau of Investigation ("FBI") have not been provided.

I have requested said file(s) and/or documents from the FBI, and they have failed to comply with my request in the time limit allowed under the Act; and as such represents a **DENIAL OF ACCESS**.

The copies of the documents I requested are:

1. A copy of my own NCIC report [i.e. "rap-sheet"].

[and] a copy of my original request is attached hereto. I would like to request your assistance in helping me obtain a copy of the requested materials, **as the existing NCIC report contains erroneous and inaccurate information** [see, e.g. 28 U.S.C. §534 et seq pertaining to incorrect or improper information within NCIC report(s)].

The documents requested are not subject to legal exemption; the FBI has failed to comply with the provisions of the FOIA/PA [and] has further exceeded the statutory time-limits for providing said information.

Thus, based upon the foregoing, it is evident that the FBI has **DENIED** me access to records and documents to which I am entitled under the statutes. This appeal is being submitted in a good faith attempt to obtain compliance by the FBI to the statutory provisions of the FOIA/PA regarding disclosure, and to avoid the costs of litigation.

I further appreciate your compliance with the FOIA §552(a)(6)-(A)(ii) regarding the response time to this appeal. I look forward to hearing from you within the twenty days as outlined in the FOIA/PA under appeals, or I shall deem my request denied pursuant to Title 28 U.S.C. §1746.


Dated: Lompoc, California
       December 19, 2003

Respectfully submitted,

Michael Vondette
3901 Klein Blvd. #50936198
USP Lompoc, CA  93436-2706

FILED
04 0665
APR 2 6 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# **FREEDOM OF INFORMATION ACT REQUEST**

Date: August 13, 2003

Name of Agency: DOJ - FBI

Address: Clarksburg WV

City/State/Zip: 26306

Dear Sir or Madam:

This is a request under the Freedom of Information Act as amended (USC Title 5 §552) in conjunction with the Privacy Act (USC Title 5 §552a).

I am writing to request a copy of the following information: Pursuant to 28 U.S.C. §534 et seq and (D.O. 556-73 Request) I hereby request copies of:
(1) FBI Identification Record — i.e. complete Arrest Record
(2) NCIC report

for me, MICHAEL JOHN **VONDETTE**, FBI # 281618 P5

FINGERPRINT CLASS
16  15  19  PO  PO
14  PI  PI  PM  PI

[See also, attached Certification]

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I, of course, reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request, please write me at the below caption address.

As provided in the Freedom of Information Act, I will expect to receive a reply within ten working days.

Sincerely Requested,

_____
(Name)
Michael Vondette

50936-198            L
ID Number         (Unit)

United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden or this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the date needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, D.C. 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports (1103-0016), Washington, D.C. 20503.

Full Name of Requester [1]    **VONDETTE, Michael John**

Citizenship Status [2]    **USA**    Social Security Number [3] **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**

Current Address    **3901 Klein Blvd., Lompoc, CA 93436-2706**

Date of Birth    **August 27, 1950  [8/27/50]**    Place of Birth **Salt Lake City, Utah, USA**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any false falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more that $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretense its punishable under the provisions of 5 U.S.C. Section 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *[signature]*    Date *August 14, 2003*

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

(Print or Type Name)

1 Name of individual who is the subject of the record sought.

2 Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

3 Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

4 Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO.1103-0016
Expires 2/29/04

FORM DOJ-361
Apr.01

```
N 1048-1048 02/06/98   ROSQ# LDEA 02987   RDSQ# 00470430   PART 001 OF 001
NCIC HINQ LDEA
ACK
NYDEA05S0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/VONDETTE,MICHAEL FBI/281618P5 PUR/C

NAME                          FBI NO.           INQUIRY DATE
VON DETTE,MICHAEL JOHN        281618P5          1998/02/06

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     W      1950/08/27   604      175      XXX    BRO    UTAH

FINGERPRINT CLASS
16 15 19 PO PO
14 PI PI PM PI

ALIAS NAMES
VONDETTE,M J                           VONDETTE,MICHAEL
VON DETTE,MICHAEL J                    VONDETTE,MICHAEL JOHN

SCARS-MARKS-
TATTOOS             SOCIAL SECURITY
SC R SHLD           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
GLASSES

IDENTIFICATION DATA UPDATED 1998/01/04
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 CALIFORNIA         - STATE ID/CA05677892
 FBI                - FBI/281618P5

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE TRANSACTION.

END
```

# EXHIBIT B

December 19, 2003

Federal Bureau of Investigation ("FBI")
Identification & Investigation Services
Clarksburg, WV  26306

Re: <u>Exhaustion of Administrative Remedy - Incorrect NCIC</u>

Dear Kimberly J. Del Greco - Section Chief,

    I am hereby respectfully requesting for the FBI to review and correct the various errors within their NCIC report (i.e. my arrest record, or 'rap-sheet').

    Pursuant to the U.S. Constitution's due process protections; 28 U.S.C. §534 <u>et seq</u>; and 5 U.S.C. §552 <u>et seq</u> [and as codified in Title 28 of the <u>CFR</u>] the FBI is bound to maintain accurate, reliable, and factually correct information within its NCIC data-base; to insure that I suffer no harm, embarrassment, inconvenience, or unfairness, [and] the FBI has failed to do so.

    My NCIC includes inaccurate information regarding alleged arrests in 1976 [which never happened]; includes information about misdameanors over 20-years old (which, by law, must be removed); includes alleged charges that were either dismissed, or I was found innocent;- also from over 20-years ago.  And thus the FBI has failed to make the requisite "reasonable efforts" to assure that the data/info is accurate, complete, and factual.

    Therefore, this serves to "exhaust my administrative remedy" by providing the FBI with the means by which to satisfy its legal requirements pertaining to the proper maintenance of my NCIC-report(s).  To wit; I hereby request the FBI to correct my NCIC files, data, and information [as required by law] at your first convenience, or as required by statute.

    If, for any reason, you are unsure as to the accuracy, and or the validity of any information contained within my NCIC-report(s); please forward me a copy of my NCIC (arrest record/rap-sheet) and I will immediately provide you with the correct and proper information, and the verification that the data I submit back to you is indeed the correct and accurate information.

    Failure to resolve this current illegality will mean that the FBI has knowingly violated the various Federal statutes governing the keeping of factually accurate information within its NCIC reports/files on me.

    Enclosed please find attached my "Certification of Identity", and a copy of a page from my NCIC-report to insure I am indeed the individual requesting my own NCIC-report/files be corrected.

Sincerely,

FILED
04 0665
APR 2 6 2004
NANCY MAYER WHITTINGTON, CLERK

Michael Vondette
3901 Klein Blvd. #50936198
USP Lompoc, CA  93436-2706

February 11, 2004

U.S. Dept. of Justice - FBI
CJIS Division - ID and Investigative
Custer Hollow Road
Clarksberg, WV  26306


Re: <u>Inaccurate NCIC Report -- Exhaustion of Administrative Remedy</u>


Dear Ms. Del Greco - Section Chief,

    I am in receipt of your office's letter of January 14, 2004, wherein you again request the unnecessary $18.oo [and] a copy of my "rolled-ink fingerprints". Neither of these is needed in this instance.

    Pursuant to 28 CFR §16.33, "Fee For Production of Identification Records" [established via provisions of 31 U.S.C. §9701], the "fee' is based upon 'clerical time **BEYOND** the first quarter-hour to be spent "searching for, identifying and reproducing of id/arrest record". Here, the 'clerk' has already been provided with my **"fingerprint class"** and my **"FBI Number"**; together with my "certificate of identity" [and] a copy of page one(1) of a prior NCIC report (<u>see</u> attached copies) -- thus no further identification is necessary to insure that my NCIC report is indeed sent to me.

    Moreover, todays' computer controlled bureaucracy allows for very rapid information retrieval. Indeed, local, county, state, and federal authorities can access [and] <u>**get a copy of an NCIC report**</u> in just minutes from their field offices.

    Therefore, the FBI 'clerk' has both sufficient time (i.e. 15-minutes), and identification material to process this request <u>as is</u>.


    Furthermore, the FBI is bound to maintain accurate, reliable, and factually correct information within its NCIC data-base [and] to make the requisite "reasonable efforts" to ensure that the data/info is indeed factually accurate (<u>see</u> 5 U.S.C. §552 <u>et seq</u>; and as codified in Title 28 of the CFR).


    This represents my last 'good-faith' effort to resolve the matter; and further satisfies my "exhaustion of administrative remedy".

    Kindly send me a copy of my NCIC report (i.e. "rap-sheet"/arrest record) so that it can be corrected; and stop the "harm", embarrassment, inconvenience, and unfairness of having inaccurate data/info within the said report.

                                      Respectfully submitted,

                                              Michael Vondette
                                              3901 Klein Blvd. #50936198
                                              USP Lompoc, CA 93436-2706

# EXHIBIT C



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                               *Washington, D.C. 20530*


Mr. Michael Vondette
Register No. 50936-198
United States Penitentiary
3901 Klein Boulevard                    Re:   Appeal No. 04-0843
Lompoc, CA 93436-2706                          RLH:PAJ:TIT

Dear Mr. Vondette:

This responds to your letter dated December 19, 2003, attempting to appeal the failure of the Federal Bureau of Investigation to respond to your request for a copy of your "rap sheet."

After discussion with FBI personnel, I have been advised that the FBI has no record of receiving a request from you.

If you are seeking a copy of your FBI Identification record ("rap sheet"), you will need to make a request in writing to the Criminal Justice Information Service Division (CJIS). The envelope and the letter must be clearly marked, "Privacy Act Request." The request must include your full name, date of birth and place of birth, a certified check or money order in the amount of $18 made payable to the Treasurer of the United States, and a set of rolled-inked fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposed by law enforcement agencies. You must also provide a return address. See 28 C.F.R. § 16.30-34 (2001). Such requests for access to information must be addressed to:

>    Federal Bureau of Investigation
>    CJIS Division
>    Attn: SCU, Mod. D-2
>    1000 Custer Hollow Road
>    Clarksburg, WV 26306

If you consider this a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

**FILED**
**04 0665**
APR 2 6 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT